# Charny & Wheeler P.C.
### Attorneys at Law

Nathaniel K. Charny (NY & NJ Bar)  
Russell G. Wheeler  
Benjamin N. Dictor  
H. Joseph Cronen

9 West Market Street  
Rhinebeck, New York 12572  
Tel: 845-876-7500  
Fax: 845-876-7501

January 4, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/05/2023
```

By ECF  
Hon. Nelson S. Román, U.S.D.J.  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601

**MEMO ENDORSED**

Re: <u>Stroka v. Manufacturers and Traders Trust Company, et al.</u>  
Civil Action No. 7:22-cv-6368 (NSR)

Dear Judge Román:

This office represents the Plaintiff in the above matter. Per the Court's Order of December 14, 2022, the parties are due to file the proposed CCMP in this matter today. I write on consent of all counsel to request a four week adjournment of this due date to accommodate the parties efforts at settlement through mediation.

By way of background, please note that mediation was scheduled for December 8, 2022, however that mediation was adjourned because of technical difficulties on the part of the mediator. The parties have rescheduled mediation for January 23, 2023. By allowing the parties an extension to file the CCMP, we will be fully able to explore potential settlement before incurring additional time on litigation that might potentially be resolved.

We appreciate the Court's courtesies in this matter.

Respectfully submitted:

*Nathaniel K Charny*  
Nathaniel K. Charny

cc: All Counsel (by ECF)

The Court GRANTS the parties' request for an extension. The parties are granted leave to file the proposed CCMP on or before February 2, 2023. The Clerk of the Court is kindly requested to terminate the motion at ECF No. 21.

Dated: January 5, 2023  
White Plains, NY

SO ORDERED:

*[signature]*  
HON. NELSON S. ROMÁN  
UNITED STATES DISTRICT JUDGE